# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Preliminary/Detention Hearing - VSR

| | | | |
|---|---|---|---|
| Case Number: | 19-4439 JH | UNITED STATES vs. Perez | |
| Hearing Date: | 11/3/2022 | Time In and Out: | 9:53 am-9:55 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Joseph Mathew Perez | Defendant's Counsel: | Joe Romero |
| AUSA: | Kyle Nayback | Pretrial/Probation: | Amy Gee |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain   ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause   ☐ Court does not find probable cause

## Detention

- ☒ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☒ Matter referred to ___ for Final Revocation Hearing
- ☐