# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## FINAL REVOCATION MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 19-4439 JCH | USA vs. | Perez |
| Date: | 12/20/22 | Defendant: | Joseph Mathew Perez |
| Time In/Out: | 1:38 – 2:05 | Total Time in Court: | 27 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Paul Spiers | Defendant's Counsel: | Joe Romero, Jr. |
| Sentencing in: | Albuquerque | Probation Officer: | M. Lopez-Bowers |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

- ☒ Court advises Defendant of rights, charges & penalties
- ☒ Defendant ADMITS violation(s): failed to participate in a substance abuse treatment program
- ☒ Violation report received    ☒ Supervision Revoked
- ☐ Petition Held in Abeyance for

## SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | 6 months | | |
|---|---|---|---|
| **SUPERVISED RELEASE:** | 45 months | ☒ | Mandatory and Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality | ☒ | Submit to substance abuse testing; Testing not to exceed 60 tests per year. |
| ☒ | Must submit to a search of your person, property, residence, vehicle, papers, computers (as defined in 18USC1030e(1)), other electronic communications or data storage devices or media, or office under your control | ☒ | You must not use or possess alcohol; You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or alcohol monitoring technology program to determine if you have used alcohol; Testing shall not to exceed 4 tests per day. |
| ☒ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☒ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☐ | Participate in mental health treatment program and follow rules and regulations; Waive your right of confidentiality | ☐ | Must take all mental health medications as prescribed |
| ☐ | Participate in community-based program which provides education and training in anger management | ☒ | Reside at a Residential Reentry Center for up to 6 months |
| ☒ | Community service: 40 hours | ☐ | No contact with victim(s) w/o approval of USPO |
| ☐ | No new credit charges, lines of credit, financial contracts, etc | ☐ | Provide financial information & authorize release of information |
| ☐ | Notify person (organization) deft poses a risk (fiduciary responsibility) | ☒ | Participate in an educational or vocational program approved by the Probation Officer |

### OTHER

| | | | |
|---|---|---|---|
| ☒ | Advised of Right to Appeal | ☒ | Held in Custody |
| ☐ | Dismissed Violations: | | |

### PROCEEDINGS

Court in session – parties state appearances; Court outlines violation; Mr. Spiers has nothing to add; Officer Lopez-Bowers addresses Court and provides a recommendation; Mr. Romero addresses Court for sentencing; Defendant addresses the Court; Mr. Spiers responds; Court addresses defendant and imposes sentence; Parties have nothing to add.